**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Charles Henry Albertson & Melissa Leigh Albertson, Respondents,

v.

Melvin Norris, Angela Norris & John Doe, Defendants,

Of Whom Angela Norris is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000469

————————

Appeal From Pickens County
Rochelle Y. Conits, Family Court Judge

————————

Unpublished Opinion No. 2019-UP-115
Submitted March 4, 2019 – Filed March 19, 2019

————————

**AFFIRMED**

————————

Allyson Sue Rucker, of The Rucker Law Firm, LLC, of Greenville, for Appellant.

James Sidney Erwin, III, of Erwin Law Firm, PA, of Easley, for Respondents.

David K. Allison, of Allison Law Firm, PA, of Pickens,
as Guardian ad Litem for the minor children.

––––––––––

**PER CURIAM:**  Angela Norris appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Norris's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.